**ANDREWS ARTS & SCIENCES LAW** LLC

**MARK E**DW **ANDREWS**
ATTORNEY & COUNSELOR AT LAW
Louisiana & California
REGISTERED US PATENT ATTORNEY

7104 COLISEUM ST.
NEW ORLEANS, LA
70118-4818
ARTSCIENCELAW.COM
MEA@MEALAW.COM

31 July 2014

Clerk of Court
U.S. Court of Appeals, Federal Circuit
717 Madison Pl NW
Washington, DC 20439
202-275-8000

  by CM/ECF

  RE: 13-1586, *Southern Snow Mfg. Co. v. SnoWizard Holdings, Inc.*,
   Appellants' Corrected Petition for Rehearing & Rehearing En Banc

To the Honorable Clerk of Court:

Filed here is a Appellants' Corrected Petition for Rehearing & Rehearing En Banc. Only the formatting affecting page breaks has been changed. No changes to the wording nor substance of the document have been made. The originally filed Petition erroneously failed to count the page containing the Statement of Counsel, and was over-long because of page breaks leaving too much unused space.

Respectfully:

/s/ Mark Edw. Andrews

Mark Edw. Andrews
*Attorney for Appellants*

              Certificate of Service
              I, Mark Edw. Andrews, certify
              that I served a copy on counsel of
              record on 31 July 2014 by electronic
              means. *s/Mark Edw. Andrews*